Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18–19690–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx–xx–6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                8/15/18
Time:               09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 16, 2018
JAN: dlr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                    Case No. 18-19690-RG
Windzor Jean                                              Chapter 13
      Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin               Page 1 of 2               Date Rcvd: Jul 16, 2018
                             Form ID: 132              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db            +Windzor Jean,    190 Shepard Avenue Apt1,     East Orange, NJ 07018-2442
cr            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517636937     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517527081     +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
517527086     +East Orange Vah Fcu,    385 Tremont Ave,    East Orange, NJ 07018-1023
517527087     +Jeffery Grabowski ESQ.,    239 Paterson Ave,    East Rutherford, NJ 07073-1805
517527089     +Lincoln Technical Institute,    502 W. Germantown Pke.,    Plymouth Meeting, PA 19462-1314
517527090     +Ocwen,   PO Box 785058,    Orlando, FL 32878-5058
517570553     +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517527091     +P.S. E & G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517527092      Paul Marshall,    5118 Robert J Mathew Parkway,    El Dorado Hills, CA 95762-5703
517527095    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp.,     4 Gatehall Dr., Suite 350,
                Parsippany, NJ 07054)
517573720     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517527078      E-mail/Text: bnc-applied@quantum3group.com Jul 16 2018 23:45:13     Applied Card Bank,
                4700 Exchange Court,    Boca Raton, FL 33431
517527079      E-mail/Text: EBNProcessing@afni.com Jul 16 2018 23:45:01     AT & T Mobility,
                c/o AFNI Collection,    P.O. Box 3097,   Bloomington, IL 61702-3097
517527082     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 16 2018 23:46:11     Capital One,
                PO Box 30285,   Salt Lake City, UT 84130-0285
517527083     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 16 2018 23:47:17
                Capital One Auto Finance,    PO Box 30285,    Salt Lake City, UT 84130-0285
517539039     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2018 23:46:44
                Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,   Houston, TX 77210-4360
517539140     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2018 23:47:15
                Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517527084     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 23:44:37     Comenitycapital/boscov,
                Po Box 182125,   Columbus, OH 43218-2125
517527085     +E-mail/Text: mrdiscen@discover.com Jul 16 2018 23:44:04     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
517640639      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2018 23:46:15
                LVNV Funding, LLC its successors and assigns as,     assignee of LendingClub Corporation,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517527088      E-mail/Text: bk@lendingclub.com Jul 16 2018 23:45:20     Lending Club Corp,   71 Stevenson St,
                Suite 300,   San Francisco, CA 94105-2985
517646044     +Fax: 407-737-5634 Jul 17 2018 00:05:48     Ocwen Loan Servicing, LLC,   1661 Worthington Road,,
                Suite 100,,   West Palm Beach,,    FL 33409-6493
517634061      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2018 23:58:14
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
517634266      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2018 23:47:16
                Portfolio Recovery Associates, LLC,    c/o Jetblue Card,    POB 41067,   Norfolk VA 23541
517615648      E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2018 23:44:41
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA 98083-0788
517543544      E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2018 23:44:41
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
517527093     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:46:10     Syncb/PLCC,   Po Box 965064,
                Orlando, FL 32896-5064
517527691     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:47:11     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517527094     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2018 23:46:09     Synchrony Bank/Lowes,
                Po Box 956060,   Orlando, FL 32896-0001
517632653     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2018 23:47:20     Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517527096     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 16 2018 23:44:01
                Verizon Fios,   P.O. Box 4830,    Trenton, NJ 08650-4830
                                                                                              TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 16, 2018
                              Form ID: 132             Total Noticed: 35
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr*         +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517527080   ##+Bank Of America,   Po Box 26012,    Greensboro, NC 27420-6012
                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Shmuel Klein    on behalf of Debtor Windzor   Jean shmuel.klein@verizon.net,
               bleichmanklein@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```