UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein, P.A.
Attorney for Debtor
113 Cedarhill Avenue
Mahwah, NJ 07430
845-425-2510

Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Windzor Jean

Case No.: 18-19690 (RG)

Chapter: 13

Judge: Gambardela

Hearing Date 09/05/2018 @ 10:30 am

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 28, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____Windzor Jean_____ for the reduction of time for a hearing on  motion to reinstate the 362 stay as to the debtor and his estate _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____9/5/18_____ at __11:00am__ (10:30 am) in the United States Bankruptcy Court, _____50 Walnut Street, 3rd Fl., Newark, N.J. 07102_____, Courtroom No. __3E__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
MarieAnn Greenberg Ch13 Trustee; Bank of America CEO; Ocwen CEO; Toyota Motor Credit Robertson, Anschutz & Schneid; KML Law Group, P.C

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail    __1__ day(s) prior to the scheduled hearing; or

☐  may be presented orally at the hearing.

8.  ☐  Court appearances are required to prosecute the motion/application and any objections.

☒  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*