UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein, P.A.
Attorney for Debtor
113 Cedarhill Avenue
Mahwah, NJ 07430
845-425-2510

Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Windzor Jean

Case No.: __18-19690 (RG)__

Chapter: __13__

Judge: __Gambardela__

Hearing Date 09/05/2018 @ 10:30 am

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 28, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____Windzor Jean_____ for the reduction of time for a hearing on __motion to reinstate the 362 stay as to the debtor and his estate__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

10:30 am

1. A hearing will be conducted on the matter on _____9/5/18_____ at __11:00am__ in the United States Bankruptcy Court, _____50 Walnut Street, 3rd Fl., Newark, N.J. 07102_____, Courtroom No. __3E__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
MarieAnn Greenberg Ch13 Trustee; Bank of America CEO; Ocwen CEO; Toyota Motor Credit

Robertson, Anschutz & Schneid; KML Law Group, P.C

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail ____1____ day(s) prior to the scheduled hearing; or

☐  may be presented orally at the hearing.

8.  ☐  Court appearances are required to prosecute the motion/application and any objections.

☒  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19690-RG
Windzor Jean                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1            Date Rcvd: Aug 28, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db              +Windzor Jean,    190 Shepard Avenue Apt1,    East Orange, NJ 07018-2442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Shmuel Klein    on behalf of Debtor Windzor Jean shmuel.klein@verizon.net,
           bleichmanklein@gmail.com
          Sindi Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7