UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Shmuel Klein, P.A.
Attorney for Debtor
113 Cedarhill Avenue
Mahwah, NJ 07430
845-425-2510

In Re:

Windzor Jean

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP - 5 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

| | |
|---|---|
| Case Number: | 18-19690 (RG) |
| Hearing Date: | 9/5/18 |
| Judge: | Gambardela |
| Chapter: | 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

9-5-18

_(signature)_
USBJ

This matter having been presented to the Court by _____ Windzor Jean _____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to ____ all property of the estate ____ is reinstated effective the date of this order.

*rev. 7/12/16*