| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on November 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    WINDZOR JEAN | |

Case No.:  18-19690

Hearing Date:  11/07/2018

Judge:  ROSEMARY GAMBARDELLA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: November 19, 2018

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  WINDZOR JEAN

Case No.:  18-19690RG

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/07/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/7/2018 of the plan filed on 07/13/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/20/2018 or the case will be dismissed; and it is further

ORDERED, that Debtor must file a motion to participate in Court's Loss Mitigation program by 11/20/18 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 12/5/2018 at  8:30:00AM.