| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** Shmuel Klein Law Office of Shmuel Klein Attorneys for Debtor 113 Cedarhill Ave Mahwah, NJ  07430 (843) 423-2310 | |
| In Re: Windzor Jean | Case No.:     18-19690 (RG) Judge:        Gambardella Chapter:          13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Windzor Jean_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____1/16/19_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  1/21/19                              /s/ Windzor Jean
                                                                               Signature of Debtor

DATED: _____              _____
                                                                               Signature of Joint Debtor

new.5/23/06;jml