Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−19690−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2019
JAN: slm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19690-RG
Windzor Jean                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: May 22, 2019
                               Form ID: 148             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
```
db         +Windzor Jean,    190 Shepard Avenue Apt1,    East Orange, NJ 07018-2469
cr         +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517636937  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517527086  +East Orange Vah Fcu,    385 Tremont Ave,    East Orange, NJ 07018-1023
517527087  +Jeffery Grabowski ESQ.,    239 Paterson Ave,    East Rutherford, NJ 07073-1805
517660183  +Laura Virginia Jean,    540 Grandwarlea Dr. APT 815,    Hope Mills, NC 28348-8201
517527089  +Lincoln Technical Institute,    502 W. Germantown Pke.,    Plymouth Meeting, PA 19462-1314
517527090  +Ocwen,   PO Box 785058,    Orlando, FL 32878-5058
517570553  +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517527091  +P.S. E & G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
518049827  +PHH Mortgage Corporation,    Bankruptcy department,    1 Mortgage Way, Mail stop SV-22,
             Mt Laurel, NJ 08054-4637
518049828  +PHH Mortgage Corporation,    Bankruptcy department,    1 Mortgage Way, Mail stop SV-22,
             Mt Laurel, NJ 08054,    PHH Mortgage Corporation,    Bankruptcy department 08054-4637
517527092   Paul Marshall,    5118 Robert J Mathew Parkway,    El Dorado Hills, CA 95762-5703
517573720  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 22 2019 22:35:48     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2019 22:35:47     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517527078   EDI: APPLIEDBANK.COM May 23 2019 02:28:00     Applied Card Bank,    4700 Exchange Court,
             Boca Raton, FL 33431
517527079  +EDI: AFNIRECOVERY.COM May 23 2019 02:28:00     AT & T Mobility,    c/o AFNI Collection,
             P.O. Box 3097,    Bloomington, IL 61702-3097
517527080  +EDI: BANKAMER.COM May 23 2019 02:28:00     Bank Of America,    Po Box 26012,
             Greensboro, NC 27420-6012
517527081  +EDI: TSYS2.COM May 23 2019 02:28:00     Barclays Bank Delaware,    125 South West Street,
             Wilmington, DE 19801-5014
517527082  +EDI: CAPITALONE.COM May 23 2019 02:28:00     Capital One,    PO Box 30285,
             Salt Lake City, UT 84130-0285
517527083  +EDI: CAPONEAUTO.COM May 23 2019 02:28:00     Capital One Auto Finance,    PO Box 30285,
             Salt Lake City, UT 84130-0285
517539039  +EDI: AISACG.COM May 23 2019 02:28:00     Capital One Auto Finance, a division of Capital On,
             P.O. Box 4360,    Houston, TX 77210-4360
517539140  +EDI: AISACG.COM May 23 2019 02:28:00     Capital One Auto Finance, a division of Capital On,
             AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517527084  +EDI: WFNNB.COM May 23 2019 02:28:00     Comenitycapital/boscov,    Po Box 182125,
             Columbus, OH 43218-2125
517527085  +EDI: DISCOVER.COM May 23 2019 02:28:00     Discover Financial,    Po Box 3025,
             New Albany, OH 43054-3025
517640639   EDI: RESURGENT.COM May 23 2019 02:28:00     LVNV Funding, LLC its successors and assigns as,
             assignee of LendingClub Corporation,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
517527088  +E-mail/Text: bk@lendingclub.com May 22 2019 22:35:55     Lending Club Corp,    71 Stevenson St,
             Suite 300,    San Francisco, CA 94105-2985
517646044  +Fax: 407-737-5634 May 22 2019 22:46:05     Ocwen Loan Servicing, LLC,    1661 Worthington Road,,
             Suite 100,,    West Palm Beach,,    FL 33409-6493
517634061   EDI: PRA.COM May 23 2019 02:28:00     Portfolio Recovery Associates, LLC,
             c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517634266   EDI: PRA.COM May 23 2019 02:28:00     Portfolio Recovery Associates, LLC,    c/o Jetblue Card,
             POB 41067,    Norfolk VA 23541
517615648   EDI: Q3G.COM May 23 2019 02:28:00     Quantum3 Group LLC as agent for,    Sadino Funding LLC,
             PO Box 788,    Kirkland, WA 98083-0788
517543544   EDI: Q3G.COM May 23 2019 02:28:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
             PO Box 788,    Kirkland, WA 98083-0788
517527093  +EDI: RMSC.COM May 23 2019 02:28:00     Syncb/PLCC,    Po Box 965064,    Orlando, FL 32896-5064
517527691  +EDI: RMSC.COM May 23 2019 02:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517527094  +EDI: RMSC.COM May 23 2019 02:28:00     Synchrony Bank/Lowes,    Po Box 956060,
             Orlando, FL 32896-0001
517527095   EDI: TFSR.COM May 23 2019 02:28:00     Toyota Motor Credit Corp.,    4 Gatehall Dr., Suite 350,
             Parsippany, NJ 07054
517632653  +EDI: AIS.COM May 23 2019 02:28:00     Verizon,   by American InfoSource LP as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517527096  +EDI: VERIZONCOMB.COM May 23 2019 02:28:00     Verizon Fios,    P.O. Box 4830,
             Trenton, NJ 08650-4830
                                                                                              TOTAL: 25
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 22, 2019
                              Form ID: 148             Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr*          +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
         Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
          rsolarz@kmllawgroup.com
         Shmuel Klein    on behalf of Debtor Windzor    Jean shmuel.klein@verizon.net,
          bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com
         Sindi Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7
```