Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19690−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Windzor Jean
190 Shepard Avenue Apt1
East Orange, NJ 07018

Social Security No.:
xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*68* − Motion to Vacate Dismissal of Case Filed by Shmuel Klein on behalf of Windzor Jean. Hearing scheduled for 8/1/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in support of motion # 2 Memorandum of Law in support of motion # 3 Certificate of Service # 4 Proposed Order) (Klein, Shmuel INCORRECT HEARING DATE SET Modified on 7/23/2019 (car).

Dated: 7/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court