Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−19690−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/18/19
Time:         08:30 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 30, 2019
JAN: slm

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-19690-RG
Windzor Jean                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 30, 2019
                              Form ID: 132             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db             +Windzor Jean,    190 Shepard Avenue Apt1,    East Orange, NJ 07018-2469
aty            +Richard Mark Citron,    RAS CITRON LLC,    130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517636937      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517527081      +Barclays Bank Delaware,    125 South West Street,   Wilmington, DE 19801-5014
518421063      +Citron, Richard, Mark of,    RAS Citron LLC,   130 Clinton Road,    Ste. 202,
                 Fairfield, NJ 07004-2927
517527086      +East Orange Vah Fcu,    385 Tremont Ave,   East Orange, NJ 07018-1023
517527087      +Jeffery Grabowski ESQ.,    239 Paterson Ave,   East Rutherford, NJ 07073-1805
517660183      +Laura Virginia Jean,    540 Grandwarlea Dr. APT 815,    Hope Mills, NC 28348-8201
517527089      +Lincoln Technical Institute,    502 W. Germantown Pke.,    Plymouth Meeting, PA 19462-1314
517527090      +Ocwen,   PO Box 785058,    Orlando, FL 32878-5058
517570553      +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517527091      +P.S. E & G,    P.O. Box 14444,   New Brunswick, NJ 08906-4444
518049827      +PHH Mortgage Corporation,    Bankruptcy department,    1 Mortgage Way, Mail stop SV-22,
                 Mt Laurel, NJ 08054-4637
518049828      +PHH Mortgage Corporation,    Bankruptcy department,    1 Mortgage Way, Mail stop SV-22,
                 Mt Laurel, NJ 08054,    PHH Mortgage Corporation,    Bankruptcy department 08054-4637
517527092       Paul Marshall,    5118 Robert J Mathew Parkway,    El Dorado Hills, CA 95762-5703
517527095     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Corp.,    5005 N.River Blvd North East,
                 Cedar Rapids, IA 52411)
517573720      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 23:43:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517527078       E-mail/Text: bnc-applied@quantum3group.com Aug 30 2019 23:44:08     Applied Card Bank,
                 4700 Exchange Court,   Boca Raton, FL 33431
517527079      +E-mail/Text: EBNProcessing@afni.com Aug 30 2019 23:43:56     AT & T Mobility,
                 c/o AFNI Collection,   P.O. Box 3097,   Bloomington, IL 61702-3097
517527082      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:38:18     Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517527083      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 30 2019 23:38:25
                 Capital One Auto Finance,   PO Box 30285,   Salt Lake City, UT 84130-0285
517539039      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 23:37:03
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
517539140      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 23:37:43
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517527084      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 30 2019 23:43:36     Comenitycapital/boscov,
                 Po Box 182125,   Columbus, OH 43218-2125
517527085      +E-mail/Text: mrdiscen@discover.com Aug 30 2019 23:42:43     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517640639       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 23:38:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517527088      +E-mail/Text: bk@lendingclub.com Aug 30 2019 23:44:14     Lending Club Corp,   71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
517646044      +Fax: 407-737-5634 Aug 31 2019 00:09:59     Ocwen Loan Servicing, LLC,   1661 Worthington Road,,
                 Suite 100,,   West Palm Beach,,   FL 33409-6493
517634061       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2019 23:37:44
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
517634266       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2019 23:37:05
                 Portfolio Recovery Associates, LLC,    c/o Jetblue Card,   POB 41067,   Norfolk VA 23541
517615648       E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2019 23:43:39
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
517543544       E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2019 23:43:39
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517527093      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:38:25     Syncb/PLCC,   Po Box 965064,
                 Orlando, FL 32896-5064
517527691      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:48:45     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517527094      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:37:42     Synchrony Bank/Lowes,
                 Po Box 956060,   Orlando, FL 32896-0001

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Aug 30, 2019
                              Form ID: 132             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517632653      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2019 23:48:58      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517527096      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 30 2019 23:39:50
                 Verizon Fios,   P.O. Box 4830,    Trenton, NJ 08650-4830
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,   Oklahoma City,, OK 73118-7901
cr*           +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
517527080    ##+Bank Of America,    Po Box 26012,   Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Shmuel  Klein    on behalf of Debtor Windzor  Jean shmuel.klein@verizon.net,
           bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```