UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein, P.A
Attorney For Debtor
113 Cedarhill Ave.
Mahwah, NJ 07430
(845) 425-2510

In Re:

Windzor Jean

Case No.: 18-19690
Chapter: 13
Adv. No.:
Hearing Date:
Judge: RG

# CERTIFICATION OF SERVICE

1. I, __Rayanna Chandree__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Law Office of Shmuel Klein,PA__, who represents __Windzor Jean__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __9/6/2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Reinstating Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/6/2019

/s/ Rayanna Chandree
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laura virginia Jean<br>540 Grandwarlea Dr.<br>APT 815<br>Hope Mills, NC 28348 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>P.O. Box 520<br>Memphis, TN, 38101-0520 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America CEO<br>100 North Tryon Street,<br>Charlotte, NC 28255 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other Email, Fax<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ocwen CEO<br>Ocwen Loan Servicing, LLC<br>P.O. Box 660264<br>Dallas, TX 75266-0264 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other Email, Fax<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Motor Credit<br>TMCC<br>P.O. Box 105386<br>Atlanta, GA 30348 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robertson, Anschutz & Schneid<br>6409 Congress Ave,<br>Boca Raton, FL 33487 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C<br>701 Market Street<br>Suite 5000<br>Phildadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*