Law Office of Shmuel Klein, PA
Shmuel Klein
113 Cedarhill Ave.
Mahwah, NJ 07430
845-425-2510

UNITED STATES BANKRUPTCY COURT
 DISTRICT OF NEW JERSEY
_____x            Chapter 13
In Re:                                      Case No. 18-19690-RG
Windzor Jean
Debtor
_____x

<u>Withdrawal Of Motion to Reinstate Case Docket # 64</u>

PLEASE TAKE NOTICE that the Motion to Reinstate Case  listed as docket # 64 is

hereby withdrawn.

DATED: September 10, 2019
       Mahwah, NJ

                                             _/s/ Shmuel Klein_
                                             Shmuel Klein, Esq.