**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

WINDZOR JEAN

Case No.: 18-19690

Adv. No.:

Hearing Date:

Judge: RG

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/04/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
WINDZOR JEAN
190 SHEPARD AVENUE APT1
EAST ORANGE, NJ  07018
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SHMUEL KLEIN
LAW OFFICE OF SHMUEL KLEIN PC
113 CEDARHILL AVENUE
MAHWAH, NJ  07430
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 04, 2019

By:   /S/  Jessica Antoine
      Jessica Antoine