Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−19690−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/19 at 10:00 AM

to consider and act upon the following:

89 − Motion For Sanctions for Violation of Automatic Stay. Sanctions Against Ocwen, PHH, Frank Martone and Secretary Dept of Veterans Affairs Filed by Shmuel Klein on behalf of Windzor Jean. Hearing scheduled for 11/6/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification in support of motion # 2 Memorandum of Law in support of motion # 3 Certificate of Service # 4 Proposed Order) (Klein, Shmuel) INCORRECT HEARING DATE SET Modified on 10/29/2019 (car).

Dated: 10/29/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court