Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19690−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/19 at 10:00 AM

to consider and act upon the following:

*89* – Motion For Sanctions for Violation of Automatic Stay. Sanctions Against Ocwen, PHH, Frank Martone and Secretary Dept of Veterans Affairs Filed by Shmuel Klein on behalf of Windzor Jean. Hearing scheduled for 11/6/2019 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Certification in support of motion # 2 Memorandum of Law in support of motion # 3 Certificate of Service # 4 Proposed Order) (Klein, Shmuel) INCORRECT HEARING DATE SET Modified on 10/29/2019 (car).

Dated: 10/29/19

                                   Jeanne Naughton
                                   Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-19690-RG
Windzor Jean                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Oct 29, 2019
                             Form ID: ntchrgbk        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db          +Windzor Jean,    190 Shepard Avenue Apt1,    East Orange, NJ 07018-2469
aty         +Richard Mark Citron,    RAS CITRON LLC,   130 Clinton Road,   Suite 202,
              Fairfield, NJ 07004-2927
cr          +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
cr          +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 29 2019 23:52:01
              Capital One Auto Finance, a division of Capital On,   AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Shmuel Klein     on behalf of Plaintiff Windzor  Jean shmuel.klein@verizon.net,
               bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com
              Shmuel Klein     on behalf of Debtor Windzor  Jean shmuel.klein@verizon.net,
               bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com
              Sindi Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8