| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FRANK J. MARTONE, P.C.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>Secretary of Veteran's Affairs<br>3057.0350<br><br>In re:<br><br>Windzor Jean | Case No. 18-19690-RG<br><br>Chapter 13<br><br>Judge Rosemary Gambardella |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the Secretary of Veteran's Affairs. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO: WINDZOR JEAN
190 SHEPARD AVE APT 1
EAST ORANGE, NJ 07018

SHMUEL KLEIN
LAW OFFICE OF SHMUEL KLEIN
113 CEDARHILL AVENUE
MAHWAH, NJ 07430

MARIE ANN GREENBERG
30 TWO BRIDGED RD STE 330
FAIRFIELD, NJ 07004

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

FRANK J. MARTONE, P.C.

By: /s/Christian Del Toro
Christian Del Toro, Esq.

Dated: 11/5/19

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FRANK J. MARTONE, P.C.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>Secretary of Veteran's Affairs<br>3057.0350<br>In re:<br><br>Windzor Jean | Case No. 18-19690<br><br>Chapter 13<br><br>Judge Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Christian Del Toro, Esq. am an Associate for Frank J. Martone, Esq., who represents PNC BANK, NATIONAL ASSOCIATION in the above captioned matter.

2. On November 5, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

    Notice of Appearance

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                             /s/Christian Del Toro
                                                              Christian Del Toro, Esq.

Dated: November 5, 2019

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| WINDZOR JEAN<br>190 SHEPARD AVE APT 1<br>EAST ORANGE, NJ 07018 | Debtor(s) | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| SHMUEL KLEIN<br>LAW OFFICE OF SHMUEL KLEIN<br>113 CEDARHILL AVENUE<br>MAHWAH, NJ 07430 | Debtor(s) Attorney | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| MARIE ANN GREENBERG<br>30 TWO BRIDGED RD STE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.