Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–19690–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Windzor Jean
  190 Shepard Avenue Apt1
  East Orange, NJ 07018

Social Security No.:
  xxx–xx–6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/17/19 at 10:00 AM

to consider and act upon the following:

*105* – Amended Motion. (related document:93 Motion re: Motion to revise Court Order from 8/30/19 to 08/21/2019 pursuant to 9024 filed by Debtor Windzor Jean) Filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 AMENDED NOTICE OF MOTION TO RESETTLE ORDER # 2 Memorandum of Law # 3 Certificate of Service) (Klein, Shmuel)

Dated: 12/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court