| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>FRANK J. MARTONE, P.C.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECRETARY OF VETERANS AFFAIRS | Order Filed on December 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>WINDZOR JEAN | Case No.: 18-19690-(RG)<br><br>Hearing Date:<br>December 17, 2019<br><br>Judge:<br>Hon. Rosemary Gambardella |

Chapter: 13

## ORDER TEMPORARILY IMPOSING STAY AND ADJOURNING MOTION TO RESETTLE ORDER

The relief set forth on the following page is hereby ORDERED.

**DATED: December 23, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:           Windsor Jean
Case Number:      18-19690-(RG)
Caption of Order: ORDER TEMPORARILY IMPOSING STAY AND ADJOURNING MOTION TO RESETTLE ORDER

---

1. ORDERED that an automatic stay is temporally imposed through January 31, 2020, and no eviction can be scheduled before February 1, 2020.

2. ORDERED Debtor's Motion to resettle the Order of August 30, 2019 is adjourned to January 15, 2020.

3. ORDERED Debtor shall provide a full and complete loss mitigation package to counsel for PHH Mortgage Corporation Successor by Merger to Ocwen Loan Servicing ("PHH").

4. ORDERED Debtor's counsel shall file a stipulation extending time for PHH and Secretary of Veterans Affairs in Adversary Proceeding 19-02179-RG to January 31, 2020.

5. ORDERED Parties are to work in good faith towards an amicable settlement of all claims and submit a proposed Order.

6. ORDERED Debtor is to continue to make post-petition payments to PHH. Debtor's argument that PHH has waived certain rights or claims by purportedly accepting post-petition payments is hereby preserved, and the Court will not make any determination on this issue pending further briefing by the parties.

7. All parties and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-19690-RG
Windzor Jean                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Dec 26, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.
db              +Windzor Jean,    190 Shepard Avenue Apt1,    East Orange, NJ 07018-2469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:
     Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
     Christian Del Toro    on behalf of Creditor    Secretary Of Veteran's Affairs
      cdeltoro@martonelaw.com, bky@martonelaw.com
     Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Joshua Fischer    on behalf of Creditor    Ocwen Loan Servicing, LLC jfischer@houser-law.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
      rsolarz@kmllawgroup.com
     Shmuel Klein    on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net,
      bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com
     Shmuel Klein    on behalf of Debtor Windzor Jean shmuel.klein@verizon.net,
      bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com
     Sindi Mncina    on behalf of Creditor    Ocwen Loan Servicing, LLC smncina@rascrane.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 10