SHMUEL KLEIN
LAW OFFICE OF SHMUEL KLEIN PC
113 CEDARHILL AVENUE
MAHWAH, NJ  07430

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-19690

| Re: | WINDZOR JEAN | Atty: | SHMUEL KLEIN |
|---|---|---|---|
|  | 190 SHEPARD AVENUE APT1 |  | LAW OFFICE OF SHMUEL KLEIN PC |
|  | EAST ORANGE,  NJ  07018 |  | 113 CEDARHILL AVENUE |
|  |  |  | MAHWAH, NJ  07430 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $47,333.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2018 | $848.00 | 4973092000 | 07/09/2018 | $848.00 | 5058445000 |
| 08/13/2018 | $839.00 | 5145265000 | 09/10/2018 | $839.00 | 5218762000 |
| 10/09/2018 | $839.00 | 5295719000 | 11/07/2018 | $839.00 | 5375622000 |
| 12/14/2018 | $186.00 | 5467704000 | 01/09/2019 | $495.00 | 5530730000 |
| 02/22/2019 | $800.00 | 5639514000 | 03/04/2019 | $800.00 | 5672591000 |
| 04/24/2019 | $800.00 | 5803240000 | 05/20/2019 | $800.00 | 5869244000 |
| 09/03/2019 | $2,400.00 | 1819690-3500658 | 09/10/2019 | $800.00 | 3500686 |
| 10/02/2019 | $800.00 | 6221155000 | 11/04/2019 | $800.00 | 6299261000 |
| 12/02/2019 | $800.00 | 6369495000 | 01/03/2020 | $800.00 | 6448429000 |

**Total Receipts: $15,333.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $15,333.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION |  |  |  |  |  |  |
|  | 02/11/2019 | $5,456.62 | 820,417 | 04/15/2019 | $1,508.80 | 824,433 |
|  | 09/16/2019 | $1,522.40 | 834,253 | 10/21/2019 | $3,152.00 | 836,364 |
|  | 10/22/2019 | ($3,152.00) | 836,364 | 10/22/2019 | $3,152.00 | 836,656 |
|  | 11/18/2019 | $758.40 | 838,369 | 12/16/2019 | $758.40 | 840,243 |
|  | 01/13/2020 | $758.40 | 842,122 |  |  |  |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 659.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT & T MOBILITY | UNSECURED | 0.00 | * | 0.00 |  |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 122.45 | * | 0.00 |  |
| 0003 | BANK OF AMERICA | UNSECURED | 1,274.16 | * | 0.00 |  |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,092.54 | * | 0.00 |  |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,196.41 | * | 0.00 |  |
| 0006 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 |  |

**Chapter 13 Case # 18-19690**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 500.11 | * | 0.00 | |
| 0008 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | EAST ORANGE VAH FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 9,768.33 | * | 0.00 | |
| 0012 | LINCOLN TECHNICAL INSTITUTE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PHH MORTGAGE CORPORATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0014 | P.S. E & G | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SYNCB/PLCC | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 18,588.78 | 100.00% | 13,915.02 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 1,715.25 | * | 0.00 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,245.83 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,309.05 | * | 0.00 | |
| 0025 | CAPITAL ONE AUTO FINANCE | UNSECURED | 10,847.30 | * | 0.00 | |
| 0026 | LAURA VIRGINIA JEAN | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0027 | APPLIED CARD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | DEPARTMENT OF VETERAN AFFAIRS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | TOYOTA MOTOR CREDIT CORPORATION | UNSECURED | 5,633.27 | * | 0.00 | |
| 0031 | OCWEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $14,574.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $15,333.00     -     Paid to Claims: $13,915.02     -     Admin Costs Paid: $659.58     =     Funds on Hand: $758.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.