Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−19690−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/18/20 at 10:00 AM

to consider and act upon the following:

*118* − Supplemental Objection to Debtor(s) Attorney's Application for Compensation (related document:113 Application for Compensation for Shmuel Klein, Debtor's Attorney, period: 5/17/2018 to 10/7/2020, fee: $24,716.50, expenses: $363. Filed by Shmuel Klein. Objection deadline is 10/28/2020. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Certificate of Service) filed by Debtor Windzor Jean) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/2/20

                      Jeanne Naughton
                      Clerk, U.S. Bankruptcy Court