Law Office of Shmuel Klein, PA
Shmuel Klein
113 Cedarhill Ave.
Mahwah, NJ 07430
845-425-2510

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____x
In Re:
    Windzor Jean                      Chapter 13
        Debtor                         Case No. 18-19690-RG
_____x

## WITHDRAWAL OF APPLICATION FOR COMPENSATION AS DOCKET # 113 AND DOCKET # 117

**PLEASE TAKE NOTICE** that the Application for Compensation for Debtor's Attorney as docket # 113 and the Amended Attorney Compensation Statement as docket # 117 is hereby withdrawn without prejudice.

**WHEREFORE** it is respectfully requested this response be accepted by the Court and for docket # 113 and # 117 to be withdrawn.


DATED: November 17, 2020
       Mahwah, NJ

                                           /s/ Shmuel Klein
                                        Shmuel Klein, Esq.