Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19690−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       2/17/21
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Shmuel Klein, Debtor's Attorney

COMMISSION OR FEES
$17,594.50

EXPENSES
$199.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 19, 2021
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-19690-RG
Windzor Jean                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 137 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |
| aty | + | Richard Mark Citron, RAS CITRON LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 517636937 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517527081 | + | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 518421063 | + | Citron, Richard, Mark of, RAS Citron LLC, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 518553361 | + | Dan Rattray, 251 North Main Street, Winston-Salem, North Carolina 27155-0002 |
| 517527086 | + | East Orange Vah Fcu, 385 Tremont Ave, East Orange, NJ 07018-1023 |
| 517527087 | + | Jeffery Grabowski ESQ., 239 Paterson Ave, East Rutherford, NJ 07073-1805 |
| 518553362 | + | KML Law Group, P.C, 701 Market Street, Suite 5000, Phildadelphia, PA 19106-1541 |
| 517660183 | + | Laura Virginia Jean, 540 Grandwarlea Dr. APT 815, Hope Mills, NC 28348-8201 |
| 517527089 | + | Lincoln Technical Institute, 502 W. Germantown Pke., Plymouth Meeting, PA 19462-1314 |
| 517527090 | + | Ocwen, PO Box 785058, Orlando, FL 32878-5058 |
| 517646044 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road,, Suite 100,, West Palm Beach,, FL 33409-6493 |
| 517570553 | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517527091 | + | P.S. E & G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518553358 | + | PHH, PO Box 66002, Lawrenceville, NJ 08648-6002 |
| 518049827 | + | PHH Mortgage Corporation, Bankruptcy department, 1 Mortgage Way, Mail stop SV-22, Mt Laurel, NJ 08054-4637 |
| 518049828 | + | PHH Mortgage Corporation, Bankruptcy department, 1 Mortgage Way, Mail stop SV-22, Mt Laurel, NJ 08054, PHH Mortgage Corporation Bankruptcy department 08054-4637 |
| 517527092 | | Paul Marshall, 5118 Robert J Mathew Parkway, El Dorado Hills, CA 95762-5703 |
| 518553360 | + | Secretary Dept of Veterans Affairs, 810 Vermont Ave., NW, Washington, DC 20420-0002 |
| 517527095 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N.River Blvd North East, Cedar Rapids, IA 52411 |
| 517573720 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517527078 | | Email/Text: bnc-applied@quantum3group.com | Jan 19 2021 23:27:00 | Applied Card Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 517527079 | + | Email/Text: EBNProcessing@afni.com | Jan 19 2021 23:27:00 | AT & T Mobility, c/o AFNI Collection, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 517527082 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 19 2021 23:57:24 | Capital One, PO Box 30285, Salt Lake City, UT |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 137 | Total Noticed: 45 |

| Recip ID | | Address/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 517527083 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 19 2021 23:55:29 | Capital One Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517539039 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 19 2021 23:57:29 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517539140 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 19 2021 23:54:55 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517527084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2021 23:26:00 | Comenitycapital/boscov, Po Box 182125, Columbus, OH 43218-2125 |
| 517527085 | + | Email/Text: mrdiscen@discover.com | Jan 19 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518553359 | + | Email/Text: bky@martonelaw.com | Jan 19 2021 23:25:00 | Frank Martone, Esq, 1455 Broad Street, Bloomfield, New Jersey 07003-3068 |
| 517640639 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2021 23:57:46 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517527088 | + | Email/Text: bk@lendingclub.com | Jan 19 2021 23:28:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517634061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2021 23:55:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517634266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2021 23:57:37 | Portfolio Recovery Associates, LLC, c/o Jetblue Card, POB 41067, Norfolk VA 23541 |
| 517615648 | | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2021 23:27:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517543544 | | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2021 23:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517527093 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2021 23:57:00 | Syncb/PLCC, Po Box 965064, Orlando, FL 32896-5064 |
| 517527691 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2021 23:54:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517527094 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2021 23:57:02 | Synchrony Bank/Lowes, Po Box 956060, Orlando, FL 32896-0001 |
| 517632653 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 19 2021 23:58:10 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517527096 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 19 2021 23:24:00 | Verizon Fios, P.O. Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | *+ | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 517527080 | ##+ | Bank Of America, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com |
| Christian Del Toro | on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@martonelaw.com  bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua Fischer | on behalf of Creditor Ocwen Loan Servicing  LLC jfischer@houser-law.com |
| Kathleen M. Massimo | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC kmassimo@houser-law.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael C. Hughes | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC mhughes@houser-law.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Shmuel Klein | on behalf of Debtor Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Ocwen Loan Servicing  LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12