Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  18−19690−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

_____


### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 24, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 133 − 122
Order Granting Application For Compensation for Shmuel Klein, fees awarded: $17,517.50, expenses awarded: $199.00 (Related Doc # 122). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/23/2021. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: March 24, 2021
JAN: car


                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 18-19690-RG

Windzor Jean                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 2

Date Rcvd: Mar 24, 2021                       Form ID: orderntc                        Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |
| aty | + | Richard Mark Citron, RAS CITRON LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| aty | + | Shmuel Klein, 113 Cedarhill Ave., Mahwah, NJ 07430, UNITED STATES 07430-1353 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 25 2021 00:52:34 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com |
| Christian Del Toro | |

District/off: 0312-2                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 24, 2021                 Form ID: orderntc                         Total Noticed: 6

|  |  |
|---|---|
|  | on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@martonelaw.com  bky@martonelaw.com |
| Denise E. Carlon | |
|  | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua Fischer | |
|  | on behalf of Creditor Ocwen Loan Servicing  LLC jfischer@houser-law.com |
| Kathleen M. Massimo | |
|  | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC kmassimo@houser-law.com |
| Marie-Ann Greenberg | |
|  | magecf@magtrustee.com |
| Michael C. Hughes | |
|  | on behalf of Creditor Ocwen Loan Servicing  LLC mhughes@houser-law.com |
| Michael C. Hughes | |
|  | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC mhughes@houser-law.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Shmuel Klein | |
|  | on behalf of Debtor Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | |
|  | on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | |
|  | on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Sindi Mncina | |
|  | on behalf of Creditor Ocwen Loan Servicing  LLC smncina@raslg.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14