UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein PA

113 Cedarhill Ave

Mahwah, NJ 07430

Order Filed on March 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Windzor Jean

        Debtor

Case No.: __18-19690__

Chapter: 13

Judge: __RG__

Hg. 3/17/21

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 23, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ____Shmuel Klein_____, the applicant, is allowed a fee of $17,517.50_____ for services rendered and expenses in the amount of $199.00____ for a total of $17,716.50_____ . The allowance is payable:

- ☒ through the Chapter 13 plan as an administrative priority.

- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 18-19690-RG
Windzor Jean                                                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                   Page 1 of 2
Date Rcvd: Mar 24, 2021                 Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID**               **Recipient Name and Address**
db                      +   Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021                            Signature:                 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

**Name**                                  **Email Address**
Aleisha Candace Jennings
                                       on behalf of Creditor Ocwen Loan Servicing LLC ajennings@raslg.com

Christian Del Toro
                                       on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@martonelaw.com bky@martonelaw.com

Denise E. Carlon
                                       on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joshua Fischer
                                       on behalf of Creditor Ocwen Loan Servicing LLC jfischer@houser-law.com

Kathleen M. Massimo
                                       on behalf of Defendant OCWEN - Ocwen Loan Servicing LLC kmassimo@houser-law.com

Marie-Ann Greenberg
                                       magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2021 | Form ID: pdf903 | Total Noticed: 1

Michael C. Hughes
    on behalf of Creditor Ocwen Loan Servicing  LLC mhughes@houser-law.com

Michael C. Hughes
    on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC mhughes@houser-law.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Shmuel Klein
    on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
    on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
    on behalf of Debtor Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor Ocwen Loan Servicing  LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14