Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–19690–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Windzor Jean
190 Shepard Avenue Apt1
East Orange, NJ 07018

Social Security No.:
xxx–xx–6361

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 24, 2019.

On 9/9/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: October 20, 2021
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 10, 2021
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Windzor Jean  
    Debtor

Case No. 18-19690-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 10, 2021      Form ID: 185      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |
| aty | + | Richard Mark Citron, RAS CITRON LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| aty | + | Shmuel Klein, 113 Cedarhill Ave., Mahwah, NJ 07430, UNITED STATES 07430-1353 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 517527080 | + | Bank Of America, Po Box 26012, Greensboro, NC 27420-6012 |
| 517636937 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517527081 | + | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 518421063 | + | Citron, Richard, Mark of, RAS Citron LLC, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 518553361 | + | Dan Rattray, 251 North Main Street, Winston-Salem, North Carolina 27155-0002 |
| 517527086 | + | East Orange Vah Fcu, 385 Tremont Ave, East Orange, NJ 07018-1023 |
| 517527087 | + | Jeffery Grabowski ESQ., 239 Paterson Ave, East Rutherford, NJ 07073-1805 |
| 518553362 | + | KML Law Group, P.C, 701 Market Street, Suite 5000, Phildadelphia, PA 19106-1541 |
| 517660183 | + | Laura Virginia Jean, 540 Grandwarlea Dr. APT 815, Hope Mills, NC 28348-8201 |
| 517527089 | + | Lincoln Technical Institute, 502 W. Germantown Pke., Plymouth Meeting, PA 19462-1314 |
| 517527090 | + | Ocwen, PO Box 785058, Orlando, FL 32878-5058 |
| 517646044 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road,, Suite 100,, West Palm Beach,, FL 33409-6493 |
| 517570553 | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517527091 | + | P.S. E & G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518553358 | + | PHH, PO Box 66002, Lawrenceville, NJ 08648-6002 |
| 518049827 | + | PHH Mortgage Corporation, Bankruptcy department, 1 Mortgage Way, Mail stop SV-22, Mt Laurel, NJ 08054-4637 |
| 518049828 | + | PHH Mortgage Corporation, Bankruptcy department, 1 Mortgage Way, Mail stop SV-22, Mt Laurel, NJ 08054, PHH Mortgage Corporation Bankruptcy department 08054-4637 |
| 517527092 | | Paul Marshall, 5118 Robert J Mathew Parkway, El Dorado Hills, CA 95762-5703 |
| 518553360 | + | Secretary Dept of Veterans Affairs, 810 Vermont Ave., NW, Washington, DC 20420-0002 |
| 517527095 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N.River Blvd North East, Cedar Rapids, IA 52411 |
| 517573720 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517527078 | | Email/Text: bnc-applied@quantum3group.com | Sep 10 2021 20:29:00 | Applied Card Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 517527079 | + | Email/Text: EBNProcessing@afni.com | Sep 10 2021 20:29:00 | AT & T Mobility, c/o AFNI Collection, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 517527082 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:31:56 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517527083 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 10 2021 20:32:10 | | Capital One Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517539039 | + | Email/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2021 20:32:10 | | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517539140 | + | Email/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2021 20:32:03 | | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517527084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2021 20:29:00 | | Comenitycapital/boscov, Po Box 182125, Columbus, OH 43218-2125 |
| 517527085 | + | Email/Text: mrdiscen@discover.com Sep 10 2021 20:29:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518553359 | + | Email/Text: bky@martonelaw.com Sep 10 2021 20:28:00 | | Frank Martone, Esq, 1455 Broad Street, Bloomfield, New Jersey 07003-3068 |
| 517640639 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 10 2021 20:31:58 | | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517527088 | + | Email/Text: bk@lendingclub.com Sep 10 2021 20:29:00 | | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517634061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2021 20:32:10 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517634266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2021 20:31:57 | | Portfolio Recovery Associates, LLC, c/o Jetblue Card, POB 41067, Norfolk VA 23541 |
| 517615648 | | Email/Text: bnc-quantum@quantum3group.com Sep 10 2021 20:29:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517543544 | | Email/Text: bnc-quantum@quantum3group.com Sep 10 2021 20:29:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517527093 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:32:08 | | Syncb/PLCC, Po Box 965064, Orlando, FL 32896-5064 |
| 517527691 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:32:08 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517527094 | + | Email/PDF: gecsedi@recoverycorp.com Sep 10 2021 20:32:08 | | Synchrony Bank/Lowes, Po Box 956060, Orlando, FL 32896-0001 |
| 517632653 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2021 20:32:06 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517527096 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 10 2021 20:28:00 | | Verizon Fios, P.O. Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | *+ | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 185 | Total Noticed: 47 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com |
| Christian Del Toro | on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@martonelaw.com  bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua Fischer | on behalf of Creditor Ocwen Loan Servicing  LLC jfischer@houser-law.com |
| Kathleen M. Massimo | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC kmassimo@houser-law.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael C. Hughes | on behalf of Creditor Ocwen Loan Servicing  LLC mhughes@houser-law.com, nnasim@houser-law.com |
| Michael C. Hughes | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC mhughes@houser-law.com, nnasim@houser-law.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Shmuel Klein | on behalf of Debtor Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Ocwen Loan Servicing  LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14