| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Windzor Jean | Case No.: 18-19690<br><br>Chapter: 13<br><br>Judge: Gambardella |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], __Windzor Jean_____, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on __01/24/2019_____.

2) I was current with plan payments through __present_____.

3) I was current with post-petition mortgage payments through __n/a_____ on property located at _____.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☐ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at _____.

      ○ YES  ○ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ○ YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at _____.

      ○ YES  ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ○ YES  ○ NO

5) I was current with post-petition auto payments through __n/a_____ on the following automobile(s). [If not applicable, skip] _____.

6) The change in my household income previously reported on Schedule I is $ __7410.00_____.
My current household income is $__8063.00_____. I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
My current total household expenses are now $__7876.00_____.

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> I suffered from Covid and in the hospital in March 2020 and did not go back to work until June 2020.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: __9-13-21_____    /s/ Windzor Jean_____
Debtor's Signature

Dated: _____    _____
Debtor's Signature

*new.12/2020*

2