SHMUEL KLEIN
LAW OFFICE OF SHMUEL KLEIN PC
113 CEDARHILL AVENUE
MAHWAH, NJ  07430

Re: WINDZOR JEAN
190 SHEPARD AVENUE APT1
EAST ORANGE,  NJ  07018

Atty: SHMUEL KLEIN
LAW OFFICE OF SHMUEL KLEIN PC
113 CEDARHILL AVENUE
MAHWAH, NJ  07430

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 18-19690

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $47,333.00**

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/06/2018 | $848.00 | 4973092000 | 07/09/2018 | $848.00 | 5058445000 |
| 08/13/2018 | $839.00 | 5145265000 | 09/10/2018 | $839.00 | 5218762000 |
| 10/09/2018 | $839.00 | 5295719000 | 11/07/2018 | $839.00 | 5375622000 |
| 12/14/2018 | $186.00 | 5467704000 | 01/09/2019 | $495.00 | 5530730000 |
| 02/22/2019 | $800.00 | 5639514000 | 03/04/2019 | $800.00 | 5672591000 |
| 04/24/2019 | $800.00 | 5803240000 | 05/20/2019 | $800.00 | 5869244000 |
| 09/03/2019 | $2,400.00 | 1819690-3500658 | 09/10/2019 | $800.00 | 3500686 |
| 10/02/2019 | $800.00 | 6221155000 | 11/04/2019 | $800.00 | 6299261000 |
| 12/02/2019 | $800.00 | 6369495000 | 01/03/2020 | $800.00 | 6448429000 |
| 02/03/2020 | $800.00 | 6526320000 | 03/02/2020 | $800.00 | 6597383000 |
| 04/02/2020 | $800.00 | 6679298000 | 05/04/2020 | $800.00 | 6765543000 |
| 06/08/2020 | $800.00 | 6851725000 | 06/29/2020 | $800.00 | 6893532000 |
| 08/11/2020 | $800.00 | 7006287000 | 09/02/2020 | $800.00 | 7056658000 |
| 10/02/2020 | $800.00 | 7129919000 | 11/02/2020 | $800.00 | 7196900000 |
| 12/10/2020 | $800.00 | 7297973000 | 01/11/2021 | $800.00 | 7368440000 |
| 03/04/2021 | $800.00 | 7499822000 | 04/01/2021 | $800.00 | 7568276000 |
| 05/03/2021 | $800.00 | 7636024000 | 06/02/2021 | $800.00 | 7708326000 |
| 07/07/2021 | $800.00 | 7795039000 | 08/02/2021 | $800.00 | 7845521000 |
| 08/06/2021 | $800.00 | 7864400000 | 09/09/2021 | $800.00 | 7936679000 |
| 11/08/2021 | $800.00 | 8071063000 | 12/02/2021 | $800.00 | 8119389000 |
| 01/11/2022 | $800.00 | 8203056000 | | | |

**Total Receipts: $33,733.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $33,733.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 08/17/2020 | $15.20 | 854,122 | | 09/21/2020 | $21.57 | 855,929 |
| | 10/19/2020 | $21.58 | 857,817 | | 01/11/2021 | $64.72 | 863,225 |
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 08/17/2020 | $129.42 | 854,163 | | 09/21/2020 | $183.67 | 855,978 |
| | 10/19/2020 | $183.66 | 857,863 | | 01/11/2021 | $550.99 | 863,263 |
| LVNV FUNDING LLC | | | | | | | |
| | 08/17/2020 | $116.55 | 854,459 | | 09/21/2020 | $165.39 | 856,296 |
| | 10/19/2020 | $165.40 | 858,158 | | 01/11/2021 | $496.18 | 863,538 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/17/2020 | $26.79 | 8,001,715 | | 08/17/2020 | $27.55 | 8,001,715 |
| | 08/17/2020 | $84.62 | 8,001,715 | | 08/17/2020 | $26.21 | 8,001,715 |
| | 09/21/2020 | $120.09 | 8,001,772 | | 09/21/2020 | $37.19 | 8,001,772 |
| | 09/21/2020 | $38.04 | 8,001,772 | | 09/21/2020 | $39.10 | 8,001,772 |
| | 10/19/2020 | $120.09 | 8,001,836 | | 10/19/2020 | $37.17 | 8,001,836 |
| | 10/19/2020 | $38.01 | 8,001,836 | | 10/19/2020 | $39.09 | 8,001,836 |
| | 01/11/2021 | $114.08 | 8,002,011 | | 01/11/2021 | $117.29 | 8,002,011 |
| | 01/11/2021 | $360.27 | 8,002,011 | | 01/11/2021 | $111.58 | 8,002,011 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/17/2020 | $5.97 | 8,001,712 | | 09/21/2020 | $8.46 | 8,001,771 |
| | 10/19/2020 | $8.47 | 8,001,838 | | 10/19/2020 | $5.61 | 8,001,838 |
| | 01/11/2021 | $6.22 | 8,002,006 | | 01/11/2021 | $25.41 | 8,002,006 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 02/11/2019 | $5,456.62 | 820,417 | | 04/15/2019 | $1,508.80 | 824,433 |
| | 09/16/2019 | $1,522.40 | 834,253 | | 10/21/2019 | $3,152.00 | 836,364 |
| | 10/22/2019 | ($3,152.00) | 836,364 | | 10/22/2019 | $3,152.00 | 836,656 |
| | 11/18/2019 | $758.40 | 838,369 | | 12/16/2019 | $758.40 | 840,243 |
| | 01/13/2020 | $758.40 | 842,122 | | 02/10/2020 | $758.40 | 844,002 |
| | 03/16/2020 | $758.40 | 845,952 | | 04/20/2020 | $758.40 | 847,913 |
| | 05/18/2020 | $720.00 | 849,680 | | 06/15/2020 | $720.00 | 851,364 |
| | 07/20/2020 | $740.00 | 853,240 | | 08/17/2020 | $218.56 | 855,050 |
| | 08/17/2020 | $67.21 | 855,050 | | 09/21/2020 | $95.38 | 856,933 |
| | 10/19/2020 | $95.38 | 858,760 | | 01/11/2021 | $286.15 | 864,021 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 08/17/2020 | $20.46 | 855,147 | | 09/21/2020 | $29.05 | 857,048 |
| | 10/19/2020 | $29.04 | 858,861 | | 01/11/2021 | $87.13 | 864,101 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,910.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 17,716.50 | 100.00% | 8,252.00 | 9,464.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT & T MOBILITY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 122.45 | * | 11.83 | |
| 0003 | BANK OF AMERICA | UNSECURED | 1,274.16 | * | 123.07 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,092.54 | * | 685.07 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,196.41 | * | 212.15 | |
| 0006 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 500.11 | * | 48.31 | |
| 0008 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | EAST ORANGE VAH FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 9,768.33 | * | 943.52 | |
| 0012 | LINCOLN TECHNICAL INSTITUTE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PHH MORTGAGE CORPORATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0014 | P.S. E & G | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-19690**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---|---:|---|
| 0016 | SYNCB/PLCC | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURED | 18,588.78 | 100.00% | 18,588.78 | |
| 0021 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 1,715.25 | * | 165.68 | |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,245.83 | * | 216.92 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,309.05 | * | 223.03 | |
| 0025 | CAPITAL ONE AUTO FINANCE | UNSECURED | 10,847.30 | * | 1,047.74 | |
| 0026 | LAURA VIRGINIA JEAN | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0027 | APPLIED CARD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | DEPARTMENT OF VETERAN AFFAIRS | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | TOYOTA MOTOR CREDIT CORPORATION | UNSECURED | 5,633.27 | * | 544.12 | |
| 0031 | OCWEN | MORTGAGE ARREARS | 0.00 | 100.00% | 0.00 | |

**Total Paid: $32,973.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $33,733.00   -   Paid to Claims: $22,810.22   -   Admin Costs Paid: $10,162.78   =   Funds on Hand: $760.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.