| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br>     WINDZOR JEAN |

Order Filed on February 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-19690 RG

Hearing Date:  2/16/2022

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 17, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): WINDZOR JEAN

Case No.: 18-19690

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 02/16/2022 on notice to SHMUEL KLEIN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 3/2/2022 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 3/2/2022 at 2:00 p.m.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-19690-RG

Windzor Jean                                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022                                         Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com |
| Christian Del Toro | on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@martonelaw.com  bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua Fischer | on behalf of Creditor Ocwen Loan Servicing  LLC jfischer@houser-law.com |
| Kathleen M. Massimo | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC kmassimo@houser-law.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Michael C. Hughes
    on behalf of Creditor Ocwen Loan Servicing LLC mhughes@houser-law.com, nnasim@houser-law.com

Michael C. Hughes
    on behalf of Defendant OCWEN - Ocwen Loan Servicing LLC mhughes@houser-law.com, nnasim@houser-law.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Shmuel Klein
    on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
    on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
    on behalf of Debtor Windzor Jean shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor Ocwen Loan Servicing LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14