

# PRE-APPROVAL LETTER

| | |
|---|---|
| *DATE:* | *March 1, 2022* |
| *BORROWER:* | *Mirlaine Lamontagne & Garry Hyppolite* |
| *MAX OFFER PRICE:* | *$345,000.00* |
| *MAX LOAN AMOUNT* | *$275,000.00* |
| *PROGRAM:* | *30 Year Conventional fixed rate loan* |
| *PROPERTY ADDRESS:* | *Windzor Jean; 190 Shepard Ave. East Orange, NJ* |
| *EXPIRATION DATE:* | *04/30/2022* |

*Dear Mirlaine Lamontagne & Garry Hyppolite*

***Fairway Independent Mortgage Corporation*** is pleased to advise you that based upon a review of your credit report and the information you provided your application for a loan secured by a first mortgage lien on the above referenced Sales Price has been pre-approved.

**THIS IS NOT A LOAN APPROVAL. LOAN APPROVAL AND COMMITMENT IS SUBJECT TO COMPLETION OF A MORTGAGE APPLICATION AND CONDITIONS THAT INCLUDE, BUT ARE NOT LIMITED TO:**

- **EVALUATION AND REVIEW OF THE PROPERTY WHICH INDICATES THE HOME VALUE TO BE SUFFICIENT TO SUPPORT THE LOAN REQUEST**
- **SATISFACTORY VERIFICATION OF ALL PERTINENT INFORMATION, INCLUDING, WITHOUT LIMITATION TO INCOME VERIFICATION**

If an extension of this Pre-approval is required, it shall be granted at the sole discretion of ***Fairway Independent Mortgage Corporation*** and is subject to the satisfactory update of all credit documents. Thank you for selecting ***Fairway Independent Mortgage Corporation***. We look forward to meeting your home financing needs now and in the future. Once you have selected a property, please contact us to complete the application and begin the final approval process. Should you have any questions regarding the pre-approval, please call me at 201-825-5801.

## FAIRWAY INDEPENDENT MORTGAGE CORPORATION

By:    **Ken Goffstein, Sr. Loan Officer**
       Ken Goffstein, Sr. Loan Officer

**THIS PRE-APPROVAL IS SUBJECT TO ERRORS AND OMISSIONS.**
**Accepted and agreed to this _____ day of _____, 2022.**

By:_____  By:_____

**411 Hackensack Avenue #200**
**Hackensack, NJ 07601**
**Phone: 201-314-8931   Fax: 201-353-2458**
**www.loanswithkeng.com**

Licensed Mortgage Banker / NJ Department of Banking and Insurance