Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19690−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Windzor Jean
  190 Shepard Avenue Apt1
  East Orange, NJ 07018

Social Security No.:
  xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/22 at 02:00 PM

to consider and act upon the following:

*82* − Certification in Opposition to trustee default (related document:78 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/18/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg, 80 Amended Modified Chapter 13 Plan − After Confirmation.. Filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 Certificate of Service) filed by Debtor Windzor Jean, 81 Hearing on Confirmation of Modified Plan Scheduled (related document:80 Amended Modified Chapter 13 Plan − After Confirmation.. Filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 Certificate of Service)). Confirmation hearing to be held on 11/6/2019 at 08:30 AM at RG − Courtroom 3E, Newark. Last day to Object to Confirmation 10/30/2019. (sjp)) filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 Certificate of Service) (Klein, Shmuel)

Dated: 3/3/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court