

# *PRE-APPROVAL LETTER*

| | |
|---|---|
| *DATE:* | *April 27, 2022* |
| *BORROWER:* | *Windzor Jean* |
| *MAX OFFER PRICE:* | *$345,000.00* |
| *MAX LOAN AMOUNT* | *$275,000.00* |
| *PROGRAM:* | *30 Year Conventional fixed rate loan* |
| *PROPERTY ADDRESS:* | *190 Shepard Ave. East Orange, NJ 07018* |
| *EXPIRATION DATE:* | *05/31/2022* |

*Dear Jean,*
***Fairway Independent Mortgage Corporation*** *is pleased to advise you that based upon a review of your credit report and the information you provided your application for a loan secured by a first mortgage lien on the above referenced Sales Price has been pre-approved.*

**THIS IS NOT A LOAN APPROVAL. LOAN APPROVAL AND COMMITMENT IS SUBJECT TO COMPLETION OF A MORTGAGE APPLICATION AND CONDITIONS THAT INCLUDE, BUT ARE NOT LIMITED TO:**

- **EVALUATION AND REVIEW OF THE PROPERTY WHICH INDICATES THE HOME VALUE TO BE SUFFICIENT TO SUPPORT THE LOAN REQUEST**
- **SATISFACTORY VERIFICATION OF ALL PERTINENT INFORMATION, INCLUDING, WITHOUT LIMITATION TO ANY REQUIRED UPDATED PAYSTUBS AND ASSET STATEMENTS.**

If an extension of this Pre-approval is required, it shall be granted at the sole discretion of ***Fairway Independent Mortgage Corporation*** and is subject to the satisfactory update of all credit documents. Thank you for selecting ***Fairway Independent Mortgage Corporation***. We look forward to meeting your home financing needs now and in the future. Once you have selected a property, please contact us to complete the application and begin the final approval process. Should you have any questions regarding the pre-approval, please call me at 201-825-5801.

**FAIRWAY INDEPENDENT MORTGAGE CORPORATION**

**By:** *Ken Goffstein, Sr. Loan Officer*
      **Ken Goffstein, Sr. Loan Officer**

**THIS PRE-APPROVAL IS SUBJECT TO ERRORS AND OMISSIONS.**
Accepted and agreed to this _____ day of _____, 2022.

**By:**_____**By**:_____

**411 Hackensack Avenue #200**
**Hackensack, NJ 07601**
**Phone: 201-314-8931    Fax: 201-353-2458**
**www.loanswithkeng.com**
Licensed Mortgage Banker / NJ Department of Banking and Insurance