Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19690−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Windzor Jean
  190 Shepard Avenue Apt1
  East Orange, NJ 07018

Social Security No.:
  xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/24/23 at 10:00 AM

to consider and act upon the following:

*82* − Certification in Opposition to trustee default (related document:78 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/18/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg, 80 Amended Modified Chapter 13 Plan − After Confirmation.. Filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 Certificate of Service) filed by Debtor Windzor Jean, 81 Hearing on Confirmation of Modified Plan Scheduled (related document:80 Amended Modified Chapter 13 Plan − After Confirmation.. Filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 Certificate of Service)). Confirmation hearing to be held on 11/6/2019 at 08:30 AM at RG − Courtroom 3E, Newark. Last day to Object to Confirmation 10/30/2019. (sjp)) filed by Shmuel Klein on behalf of Windzor Jean. (Attachments: # 1 Certificate of Service) (Klein, Shmuel)

Dated: 1/10/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19690-RG |
| Windzor Jean | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2023 | Form ID: ntchrgbk | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |
| aty | + | Richard Mark Citron, RAS CITRON LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| aty | + | Shmuel Klein, 113 Cedarhill Ave., Mahwah, NJ 07430, UNITED STATES 07430-1353 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 10 2023 20:46:10 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 12, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 10, 2023 | Form ID: ntchrgbk | Total Noticed: 6

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com |
| Christian Del Toro | on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@martonelaw.com  bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joshua Fischer | on behalf of Creditor Ocwen Loan Servicing  LLC jfischer@houser-law.com |
| Kathleen M. Massimo | on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC kmassimo@houser-law.com, nnasim@houser-law.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael C. Hughes | on behalf of Creditor Ocwen Loan Servicing  LLC mhughes@polsinelli.com, docket@polsinelli.com;robrien@polsinelli.com;dbauleo@polsinelli.com |
| Shmuel Klein | on behalf of Debtor Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Ocwen Loan Servicing  LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12