Law Office of Shmuel Klein, PA
Attorney for Debtor
316 Prospect Ave., #3J
Hackensack, NJ 07601
845-425-2510

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____x
In Re:
   Windzor Jean                        Chapter 13
      Debtor                         Case No. 18-19690-RG
_____x

## **WITHDRAWAL OF PROPOSED AMENDED PLAN DOCKET # 161**

**PLEASE TAKE NOTICE** that the proposed amended plan at docket #161 is hereby withdrawn.

DATED: February 6, 2023
       Hackensack, NJ

                                                 /s/ Shmuel Klein
                                                Shmuel Klein, Esq.