Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19690−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 24, 2019.

On 2/8/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            March 15, 2023
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 10, 2023
JAN: smz

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 18-19690-RG
Windzor Jean                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 4
Date Rcvd: Feb 10, 2023           Form ID: 185              Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |
| aty | + | Richard Mark Citron, RAS CITRON LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| aty | + | Shmuel Klein, 113 Cedarhill Ave., Mahwah, NJ 07430, UNITED STATES 07430-1353 |
| 518421063 | + | Citron, Richard, Mark of, RAS Citron LLC, 130 Clinton Road, Ste. 202, Fairfield, NJ 07004-2927 |
| 518553361 | + | Dan Rattray, 251 North Main Street, Winston-Salem, North Carolina 27155-0002 |
| 517527086 | + | East Orange Vah Fcu, 385 Tremont Ave, East Orange, NJ 07018-1023 |
| 517527087 | + | Jeffery Grabowski ESQ., 239 Paterson Ave, East Rutherford, NJ 07073-1805 |
| 517660183 | + | Laura Virginia Jean, 540 Grandwarlea Dr. APT 815, Hope Mills, NC 28348-8201 |
| 517527089 | + | Lincoln Technical Institute, 502 W. Germantown Pke., Plymouth Meeting, PA 19462-1314 |
| 517527090 | + | Ocwen, PO Box 785058, Orlando, FL 32878-5058 |
| 517527091 | + | P.S. E & G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518553358 | + | PHH, PO Box 66002, Lawrenceville, NJ 08648-6002 |
| 517527092 | | Paul Marshall, 5118 Robert J Mathew Parkway, El Dorado Hills, CA 95762-5703 |
| 518553360 | + | Secretary Dept of Veterans Affairs, 810 Vermont Ave., NW, Washington, DC 20420-0002 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 10 2023 20:49:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 517527078 | | Email/Text: bnc-applied@quantum3group.com | Feb 10 2023 20:50:00 | Applied Card Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 517527079 | + | Email/Text: EBNProcessing@afni.com | Feb 10 2023 20:50:00 | AT & T Mobility, c/o AFNI Collection, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 517527080 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2023 20:49:00 | Bank Of America, Po Box 26012, Greensboro, NC 27420-6012 |
| 517636937 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 10 2023 20:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517527081 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 10 2023 20:50:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 517527082 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 21:04:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517527083 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 10 2023 21:03:55 | Capital One Auto Finance, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-19690-RG    Doc 171    Filed 02/12/23    Entered 02/13/23 00:16:12    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 185 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517539039 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2023 21:03:53 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517539140 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 10 2023 21:04:15 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517527084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 20:50:00 | Comenitycapital/boscov, Po Box 182125, Columbus, OH 43218-2125 |
| 517527085 | + | Email/Text: mrdiscen@discover.com | Feb 10 2023 20:49:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518553359 | + | Email/Text: bky@martonelaw.com | Feb 10 2023 20:49:00 | Frank Martone, Esq, 1455 Broad Street, Bloomfield, New Jersey 07003-3068 |
| 518553362 | ^ | MEBN | Feb 10 2023 20:48:30 | KML Law Group, P.C, 701 Market Street, Suite 5000, Phildadelphia, PA 19106-1541 |
| 517640639 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:03:23 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517527088 | + | Email/Text: Documentfiling@lciinc.com | Feb 10 2023 20:49:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517646044 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 10 2023 20:49:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road,, Suite 100,, West Palm Beach,, FL 33409-6493 |
| 517570553 | + | Email/Text: RASEBN@raslg.com | Feb 10 2023 20:49:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518049827 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 10 2023 20:49:00 | PHH Mortgage Corporation, Bankruptcy department, 1 Mortgage Way, Mail stop SV-22, Mt Laurel, NJ 08054-4637 |
| 518049828 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 10 2023 20:49:00 | PHH Mortgage Corporation, Bankruptcy department, 1 Mortgage Way, Mail stop SV-22, Mt Laurel, NJ 08054, PHH Mortgage Corporation, Bankruptcy department 08054-4637 |
| 517634061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 21:03:57 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517634266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 21:04:16 | Portfolio Recovery Associates, LLC, c/o Jetblue Card, POB 41067, Norfolk VA 23541 |
| 517615648 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2023 20:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517543544 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2023 20:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517527093 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:12 | Syncb/PLCC, Po Box 965064, Orlando, FL 32896-5064 |
| 517527691 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517527094 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:04:13 | Synchrony Bank/Lowes, Po Box 956060, Orlando, FL 32896-0001 |
| 517527095 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 10 2023 20:50:00 | Toyota Motor Credit Corp., 5005 N.River Blvd North East, Cedar Rapids, IA 52411 |
| 517573720 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 10 2023 20:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517632653 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2023 21:03:55 | Verizon, by American InfoSource LP as agent, |

| 517527096 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| | | Feb 10 2023 20:49:00 | Verizon Fios, P.O. Box 4830, Trenton, NJ 08650-4830 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | *+ | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing LLC ajennings@raslg.com |
| Christian Del Toro | on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@cdeltorolaw.com bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joshua Fischer | on behalf of Creditor Ocwen Loan Servicing LLC jfischer@houser-law.com |
| Kathleen M. Massimo | on behalf of Defendant OCWEN - Ocwen Loan Servicing LLC kmassimo@houser-law.com, nnasim@houser-law.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael C. Hughes | on behalf of Creditor Ocwen Loan Servicing LLC mhughes@polsinelli.com, docket@polsinelli.com;robrien@polsinelli.com;dbauleo@polsinelli.com |
| Shmuel Klein | on behalf of Debtor Windzor Jean shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |
| Shmuel Klein | on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 10, 2023 | Form ID: 185 | Total Noticed: 47

Sindi Mncina
        on behalf of Creditor Ocwen Loan Servicing LLC smncina@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12