UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Windzor Jean

Case No.: 2:2018-bk-19690

Adversary No.: _____

Chapter: 13

Judge: Judge Rosemary Gambardella

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:
(Example: John Smith, creditor)

PHH Mortgage Corporation, creditor

Old address:    1 Mortgage Way
                Mount Laurel, NJ 08054

New address:   PO Box 24781
               ATTN: SV 19
               West Palm Beach, FL 33416

New phone no.: 800-750-2518
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/25/2023         /s/ John Shelley
                         Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                           CASE NO.:     18-19690

**Windzor Jean**                          CHAPTER:     13

         **Debtor(s).**

_____/

CERTIFICATE OF SERVICE

I hereby certify that on or before February 27, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                              Windzor Jean
                                              190 Shepard Avenue Apt1
                                              East Orange, NJ 07018

*Debtor's Attorney:*               *By CM / ECF Filing:*

                                              Shmuel Klein
                                              Law Office of Shmuel Klein, PA
                                              316 Prospect Ave
                                              Ste 3j
                                              Hackensack, NJ 07601

*Trustee:*                              *By CM / ECF Filing:*

*Trustee:*    Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)