Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−19690−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Windzor Jean
   190 Shepard Avenue Apt1
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−6361

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/25/23 at 10:00 AM

to consider and act upon the following:

*174* – Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Shmuel Klein on behalf of Windzor Jean. Hearing scheduled for 4/24/2023 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit mortgage commitment letter from new lender) (Klein, Shmuel)

Dated: 4/20/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court