Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−19690−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Windzor Jean
    190 Shepard Avenue Apt1
    East Orange, NJ 07018
Social Security No.:
    xxx−xx−6361
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/25/23 at 10:00 AM

to consider and act upon the following:

*174* − Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Shmuel Klein on behalf of Windzor Jean. Hearing scheduled for 4/24/2023 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit mortgage commitment letter from new lender) (Klein, Shmuel)

Dated: 4/20/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-19690-RG

Windzor Jean                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 20, 2023                   Form ID: ntchrgbk                          Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Windzor Jean, 190 Shepard Avenue Apt1, East Orange, NJ 07018-2469 |
| aty | + | Richard Mark Citron, RAS CITRON LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| aty | + | Shmuel Klein, 113 Cedarhill Ave., Mahwah, NJ 07430, UNITED STATES 07430-1353 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Apr 20 2023 20:46:42 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 20 2023 20:35:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| cr | | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 20 2023 20:35:00 | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

**Name                          Email Address**

District/off: 0312-2                               User: admin                                    Page 2 of 2
Date Rcvd: Apr 20, 2023                          Form ID: ntchrgbk                              Total Noticed: 6

Aleisha Candace Jennings
                        on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com

Christian Del Toro
                        on behalf of Creditor Secretary Of Veteran's Affairs cdeltoro@cdeltorolaw.com  bky@martonelaw.com

Denise E. Carlon
                        on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joshua Fischer
                        on behalf of Creditor Ocwen Loan Servicing  LLC jfischer@houser-law.com

Kathleen M. Massimo
                        on behalf of Defendant OCWEN - Ocwen Loan Servicing  LLC kmassimo@houser-law.com, nnasim@houser-law.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Michael C. Hughes
                        on behalf of Creditor Ocwen Loan Servicing  LLC mhughes@polsinelli.com,
                        docket@polsinelli.com;robrien@polsinelli.com;dbauleo@polsinelli.com

Shmuel Klein
                        on behalf of Debtor Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
                        on behalf of Attorney Shmuel Klein shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Shmuel Klein
                        on behalf of Plaintiff Windzor Jean shmuel.klein@verizon.net  bleichmanklein@gmail.com;kleinsr88450@notify.bestcase.com

Sindi Mncina
                        on behalf of Creditor Ocwen Loan Servicing  LLC smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12