Law Office of Shmuel Klein, P.A.
Attorney for Debtor
316 Prospect Ave. #3J
Hackensack, NJ 07601
845-425-2510

Order Filed on April 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____X

IN RE:                                              Chapter 13
Windzor Jean                                  Case No. 18-19690 (RG)
    Debtor
_____X

### ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: April 25, 2023**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve the re-purchase of the Debtor's home located at 190 Shepard Ave East Orange, NJ 07018, and sign a mortgage in the amount of $320,000.00 for its purchase and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor be and hereby are allowed to purchase real property located at 190 Shepard Ave East Orange, NJ 07018 in the amount of $400,000.00 and to sign a mortgage in the amount of $320,000.00 for its purchase of said property pursuant to the terms outlined in the debtor's certification in support of the motion;

and it is further

ORDERED that the Debtor may execute the mortgage in connection with the underlying motion and certification; and further

ORDERED that the Debtor shall provide the Standing Trustee and counsel for PHH with a copy of the executed closing documents within 7 days of the closing of the transaction; and further

ORDERED that debtor's counsel shall be allowed a legal fee of $ 2000.00 for representation in connection with this motion, which is to be paid at closing; Debtor's counsel may apply for additional fees for other work in the main case and adversary on notice to the Debtor and Chapter 13 Trustee; and further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order is not applicable.