Law Office of Shmuel Klein, PA
Attorney for Debtor
316 Prospect Ave. #3J
Hackensack, NJ 07601
845-425-2510

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____x          Chapter 13
In Re:                                    Case No. 18-19690 RG
Windzor Jean
Debtor
_____x

# NOTICE OF MOTION
# Fees and Expenses of Shmuel Klein

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that, a motion pursuant to Bankruptcy Code 2016 will be made as set forth below:

| | |
|---|---|
| JUDGE: | Hon. Rosemary Gambardella |
| RETURN DATE AND TIME: | 5/17/2023 at 10:00 am |
| PLACE: | U.S. Bankruptcy Court<br>50 Walnut St., Newark, NJ |
| RELIEF REQUESTED: | Order granting Fees and Expenses of Shmuel Klein |
| BASIS FOR RELIEF REQUESTED: | Bankruptcy Code 2016 |

Respectfully,

Dated:    April 24, 2023
    Hackensack, NJ

/s/ Shmuel Klein
Shmuel Klein