UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Shmuel Klein, P.A.
Attorney for Debtor/Plaintiff
316 Prospect Avenue #3J
Hackensack, NJ 07601
845-425-2510

**Order Filed on August 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Windzor Jean
Debtor

Case No.:    18-19690 (RG)

Chapter:    13

Judge:    RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 7, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Law Office of Shmuel Klein, P.A. _____, the applicant, is allowed a fee of $ _____ 8855.00 _____ for services rendered and expenses in the amount of $_____ 284.70 _____ for a total of  $9139.70                           . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☒  outside the plan.  $2000.00 having been paid at closing and the balance of $ 1508.23 to be paid from net funds held by the Chapter 13 Trustee and the balance of __5631.47__ due directly from the Debtor outside the plan

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2